**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAULEY, | Case No. CV 23-6303 FMO (AJRx) |
|     Plaintiff, | |
|     v. | **JUDGMENT** |
| MANINDER SINGH MULTANI, | |
|     Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 28th day of November, 2023.

/s/
Fernando M. Olguin
United States District Judge